# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| EVELYN JEAN JOHNSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 7:20-cv-00214-MHH-JHE |
| ) | |
| PATRICIA V. BRADLEY, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

On May 7, 2020, the magistrate judge entered a report in which he recommended that the Court dismiss Ms. Johnson's habeas petition without prejudice for failure to prosecute. No objections have been filed. Based on its review of the record, the Court adopts the report and accepts the magistrate judge's recommendation. By separate order, the Court will dismiss this action without prejudice.

**DONE** and **ORDERED** this June 2, 2020.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE